**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASTARTE DAVIS-RICE, | No. C 06-5219 MMC (PR) |
| Petitioner, | **ORDER DENYING CERTIFICATE OF APPEALABILITY AND DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL** |
| v. | |
| SHEILA CLARK, Warden, et al., | |
| Respondents. | **(Docket Nos. 6 & 7)** |

Petitioner, a federal prisoner currently incarcerated at the Federal Correctional Institution Dublin and proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. On December 22, 2006, the petition was dismissed, and on December 29, 2006, petitioner filed a notice of appeal and a motion for leave to proceed in forma pauperis on appeal.

The Court construes the notice of appeal as including a request for a certificate of appealability pursuant to 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b). See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997). Petitioner has not shown "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." See Slack v. McDaniel, 529 U.S. 473, 484 (2000). Accordingly, the request for a certificate of appealability is DENIED.

1    Additionally, the Court does not certify that the appeal is taken in good faith, and,
2 consequently, the application to proceed in forma pauperis on appeal is DENIED.
3    The Clerk shall forward this order, along with the case file, to the United States Court
4 of Appeals for the Ninth Circuit, from which petitioner also may seek a certificate of
5 appealability.  See Asrar, 116 F.3d at 1270.
6    This order terminates Docket Nos. 6 and 7.
7    IT IS SO ORDERED.
8 DATED: January 22, 2007

_____
MAXINE M. CHESNEY
United States District Judge